EDWARD J. WRIGHT, ESQ. (#109469)
LOREN L. LUNSFORD, ESQ. (#213966)
MARTENSEN ❖ WRIGHT PC
112 J Street, Second Floor
Sacramento, California 95814
Telephone: (916) 448-9088
Facsimile: (916) 448-9084

Attorneys for Plaintiffs
Bryan C. McIntire

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN C. MCINTIRE, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> SUNRISE SPECIALTY COMPANY, a California Corporation, <br><br> Defendant. | Case No.: 2:11-CV-02495-LKK -CKD <br><br> **STIPULATION TO EXTEND TIME FOR INITIAL RESPONSE TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** <br><br> **Complaint served: October 8, 2011** <br> **Current response date: October 28, 2011** <br> **New response date: November 25, 2011** |

Plaintiff, BRYAN C. MCINTIRE, by and through his counsel, and Defendant, SUNRISE SPECIALTY COMPANY ("**Defendant**"), a California corporation, by its President, hereby stipulate that Defendant shall have until November 25, 2011, to respond to the complaint.

IT IS SO STIPULATED.

Dated: October 21, 2011

MARTENSEN ❖ WRIGHT PC

By: _[signature]_
EDWARD J. WRIGHT, JR.
Attorneys for Plaintiff BRYAN C. MCINTIRE

1
Stipulation

1
2   Dated: October 20, 2011
3
4                                           SUNRISE SPECIALTY COMPANY
5
                                            By: /s/ Robert H. Weinstein
6                                               ROBERT H. WEINSTEIN, President
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Martensen ♦ Wright PC

CASE TITLE:      Bryan C. McIntire v. Sunrise Specialty Company

COURT/CASE NO:  Eastern District of California
Case No. 2:11-CV-02495-LKK-CKD

## PROOF OF SERVICE
(Federal)

I am employed in the County of Sacramento; my business address is 112 J Street, Second Floor, Sacramento, California. I am over the age of 18 years and not a party to the foregoing action.

On October 21, 2011, I served the following document(s):

**Stipulation to Extend Time for Initial Response to Complaint by Not More Than 28 Days**

**by first class mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Martensen ❖ Wright PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

Robert H. Weinstein
Sunrise Specialty Co.
930 98th Avenue
Oakland, CA  94603-2306

*/s/ Elizabeth Brown*
ELIZABETH BROWN