UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN C. McINTIRE, an individual,

       NO. CIV. S-11-2495 LKK/CKD

    Plaintiff,

   v.

SUNRISE SPECIALTY COMPANY,       O R D E R
a California corporation,

    Defendant.

_____/

    Plaintiffs' Motion To Remand (Dkt. No. 14), currently scheduled to be heard on April 9, 2012, is hereby **RE-SCHEDULED** to April 23, 2012 at 10:00 a.m. The briefing schedule shall remain unchanged, with plaintiffs' Reply remaining due on or before April 2, 2012.

    IT IS SO ORDERED.

    DATED: March 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1