Ronnie Fischer, Esq. #35620
**FISCHER LAW FIRM, P.C.**
1777 S. Harrison Street, Suite 1500
Denver, Colorado 80210
Tel: (303) 746-2500 / Fax: (303) 756-2506
ronnie@fischeresq.com

Kenton J. Klassen, Esq. #124118
**DOWLING AARON INCORPORATED**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
kklassen@dowlingaaron.com

Attorneys for Defendant/Counterclaimant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN C. MCINTIRE, an Individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUNRISE SPECIALTY COMPANY, a California Corporation,<br><br>                    Defendant. | Case No. 2:11-CV-02495-LKK-CKD<br><br>**STIPULATION AND ORDER SCHEDULING "*MARKMAN*" HEARING**<br><br>Date:     September 28, 2012<br>Time:    10:00 a.m.<br>Crtm:    4 |
| SUNRISE SPECIALTY COMPANY, a California Corporation,<br><br>                    Counterclaimant,<br><br>vs.<br><br>BRYAN C. MCINTIRE, an Individual,<br><br>                    Counterdefendant. | |

Defendant SUNRISE SPECIALTY COMPANY, by and through its attorneys, Fischer Law Firm, P.C. and Dowling Aaron Incorporated, and Plaintiff BRYAN C. MCINTIRE, by and through his attorneys, Martensen Wright, PC, hereby stipulate and agree that on September 28,

1  2012, at 10:00 a.m., or as soon thereafter as the matter can be heard, in Department 4 of the
2  above-entitled court, located at 501 I Street, Sacramento, California 95814, the claim
3  construction hearing for this matter will be heard.

4                                    Respectfully submitted,

5  Dated: April 23, 2012          FISCHER LAW FIRM, P.C.

6

7                                    By:  */s/ Ronnie Fischer*
8                                         RONNIE FISCHER

9  Dated: April 23, 2012          DOWLING AARON INCORPORATED

10

11                                    By:  */s/ Kenton J. Klassen*
12                                       KENTON J. KLASSEN

13                              Attorneys for Defendant/Counterclaimant
                                     SUNRISE SPECIALTY, INC.

14  Dated: April 23, 2012          MARTENSEN & WRIGHT, P.C.

15

16                                    By:  */s/ Loren L. Lunsford*
17                                       LOREN L. LUNSFORD

18                              Attorneys for Plaintiff
                             BRYAN C. MCINTIRE

19

20       IT IS SO ORDERED.

21  Dated:  April 24, 2012.

22

23

24  LAWRENCE K. KARLTON
25  SENIOR JUDGE
     UNITED STATES DISTRICT COURT

26  15602-001\00973066.DOC.

27

28