UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN C. McINTIRE, an individual,

        Plaintiff,

   v.

SUNRISE SPECIALTY COMPANY, a California corporation,

        Defendant.
_____/

NO. CIV. S-11-2495 LKK/CKD

O R D E R

    Plaintiff has moved for clarification of the court's November 9, 2012 order (ECF No. 49), which addressed the timing of the parties' anticipated cross-motions for summary judgment. The motion is well-taken, in that the court's order was reasonably susceptible of the conflicting interpretations which the parties have in fact taken. The court has determined that the clarification motion should be granted on the papers and without oral argument.

    The court accordingly orders as follows:

    1.   Plaintiff's motion for clarification (ECF No. 55) is

1

1 **GRANTED**, and the hearing on this motion, scheduled for January 14, 2013, is **VACATED**;

2. Defendant's response to plaintiff's motion for summary judgment (ECF No. 50), is due no later than 4:30 p.m. on January 14, 2013.[1]

3. The parties' Replies are due no later than 4:30 p.m. on January 28, 2013.

4. The hearing date on the cross-motions for summary judgment, currently scheduled for January 28, 2013, is **VACATED** , and the hearing is hereby **RESCHEDULED** for February 11, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 10, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff has already filed his Opposition to defendant's motion for summary judgment.

2