UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRYAN C. MCINTIRE, an individual,

        Plaintiff,

v.

SUNRISE SPECIALTY COMPANY, a California Corporation,

        Defendant.
_____/

Case No. S-11-CV-02495-LKK / CKD

O R D E R

Defendant has filed a request to substitute a corrected exhibit C of the Fischer Declaration for the ones erroneously offered (see ECF Nos. 51-2, 59-5 and 60-3), in relation to the current summary judgment motions. No objection being raised, and good cause appearing,

Defendant's Motion (ECF No. 63), is GRANTED. The substituted exhibit "C" offered by Defendant will be considered in connection with the current motions for summary judgment.

IT IS SO ORDERED.

Dated:    February 21, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT