UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN C. McINTIRE, an individual,

        Plaintiff,

   v.

SUNRISE SPECIALTY COMPANY, a California corporation,

        Defendant.
_____/

NO. CIV. S-11-2495 LKK/CKD

O R D E R

    The above-referenced matter came on for hearing on the parties' cross-motions for summary judgment on February 11, 2013. The matter remains under submission, and the court orders as follows:

    1.  Defendant is granted fourteen (14) days from the date of this order to file proper representations of the "prior art" it referenced in its briefs – Cochran, "Pacific" Porcelain Ware, "Douglas" and "Old Bowl." Counsel is cautioned that the small, single-perspective, unauthenticated catalogue photographs and drawings it has already provided are not sufficient and will not be

1

considered. The requested representations should be of sufficient size for the court to compare it with the '254 drawings and plaintiff's representations. The representations should contain sufficient perspectives to allow a sensible comparison. And the representations should be identified in a proper way, preferably through a declaration.

The filing shall contain no argument, defendant having already submitted his argument regarding the prior art. The filing shall contain only the representations and enough language to identify what images are being submitted.

2. Plaintiff is granted fourteen (14) days from defendant's above-referenced filing to respond to that filing, plaintiff not having previously had the opportunity to respond to any proper representations of the prior art from defendant. Plaintiff's response shall not exceed 10 pages.

IT IS SO ORDERED.

DATED: February 22, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT